UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 14-436 GHK** | Date | **March 16, 2015** |
|---|---|---|---|

| Present: The Honorable | **GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | N/A |

| David Gonzalez | Patricia A. Cuneo | Andrew Brown |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Yair Shoshani | | ✗ | ✗ | James W. Spertus | | ✗ | ✗ |

**PROCEEDINGS:**    **STATUS CONFERENCE-HELD AND CONTINUED**

    Matter called.  Defendants and counsel of record are present.  The Court questions the parties on the status of discovery and on a possible disposition. Having heard from counsel, the Court orders the parties to resolve the case within 30 days. If the case is not resolved, the parties shall file a Joint Status Report. Should there be a lack of disposition the government is ordered to file a superseding indictment within 14 days of filing the Joint Status Report. Should the parties agree on a disposition, counsel is ordered to contact the Deputy Clerk and schedule a Change of Plea. The Court Sets the following Schedule:

1. The parties must file a Status Report on April 16, 2015
2. Superseding Indictment must be filed by April 30, 2015
3. Status Conference is continued to May 4, 2015 at 2:30 pm.

    The Court takes a speedy trial waiver from the defendant. Counsel shall prepare a proposed findings of excludable time from February 23, 2015 to May 4, 2015. Excludable time findings shall be lodged as soon as possible.

**IT IS SO ORDERED.**

                                                                                                                             :    **05**

                                                    Initials of Deputy Clerk             DG